**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALLEN E. DIXON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CAPITAL ONE BANK (USA), NA, )<br>)<br>Defendant. )<br>) | Case No. 1:19-cv-02820 |

**AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT CAPITAL ONE BANK (USA), N.A. TO RESPOND TO THE COMPLAINT**

Defendant Capital One Bank (USA), N.A. ("Capital One"), by counsel, respectfully requests that the Court extend the time it has to respond to Plaintiff Allen E. Dixon's ("Plaintiff") Complaint by fourteen days, up to and including **June 14, 2019**. In support of this motion, Capital One states as follows:

1. Plaintiff filed his Complaint against Defendant Capital One on April 26, 2019, alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.*, and the Illinois Consumer Fraud and Deceptive Practices Act, 815 ILCS 505/1 *et seq*.

2. Capital One's responsive pleading is currently due to be filed by May 31, 2019. (*See* Dkt. No. 7).

3. Capital One's counsel was only recently retained and needs additional time to review and investigate the allegations and legal claims contained in the Complaint and prepare a response.

4. Capital One's counsel has conferred with Plaintiff's counsel in this case, and counsel has no objection to the requested extension of time.

WHEREFORE, Defendant Capital One Bank (USA), N.A. respectfully requests that the Court extend the time Capital One has to file its response to Plaintiff's Complaint to and including **June 14, 2019**.

| | |
|---|---|
| Dated: May 31, 2019 | Respectfully submitted, |
| | By: /s/ Ke Liu |
| | Jeff Pilgrim |
| | Ke Liu |
| | Pilgrim Christakis LLP |
| | 321 N. Clark St., 26th Floor |
| | Chicago, Illinois 60654 |
| | Ph. (312) 445-0488 |
| | Fax (312) 939-0983 |
| | jpilgrim@pilgrimchristakis.com |
| | kliu@pilgrimchristakis.com |
| | |
| | *Attorneys for Capital One Bank (USA), N.A.* |

**CERTIFICATE OF SERVICE**

      Ke Liu, an attorney, certifies that on May 31, 2019, he electronically filed the foregoing AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT CAPITAL ONE BANK (USA), N.A. TO RESPOND TO THE COMPLAINT with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Omar Tayseer Sulaiman
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue
Suite 200
Lombard, IL 60148
(630) 575-8181
Email: osulaiman@sulaimanlaw.com

Alexander James Taylor
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue
Suite 200
Lombard, IL 60148
(630) 575-8181
Email: ataylor@sulaimanlaw.com

Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue
Suite 200
Lombard, IL 60148
(630) 575-8181
Email: mdaher@sulaimanlaw.com

*Counsel for Plaintiff*

                                                  /s/     Ke Liu